AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan Mendoza; COB: Mexico; DOB: ▮/1980<br>Jenith Mendoza Martinez; COB: Mexico<br>DOB: ▮/76<br>Veronica Aleman; COB: Mexico; DOB; ▮/1970 | ) Case No. 7:25-mj-2519<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1324(a)(1)(A)(v)<br>(to violate: 1324(a)(1)(A)(iv)) | expressly makes it an offense to engage in a conspiracy to commit or aid or abet the commission of the foregoing offenses; to wit; any person who encourages or induces an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

/S/ Mario Godinez
*Complainant's signature*

Mario Godinez - Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/3/25 @ 8:23 a.m.

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On October 2, 2025, Homeland Security Investigations ("HSI") McAllen executed a search warrant at Jem Textil Recycling, a business located at 7901 S. 23rd Street, McAllen, Texas. During the operation, HSI Special Agents ("SAs") encountered Jonathan MENDOZA Martinez ("MENDOZA") (an owner of the business), Jenith Mendoza MARTINEZ ("MARTINEZ") (an owner of the business), and Veronica ALEMAN Ramirez ("ALEMAN") (a manager of the business).

On the same day, HSI SAs conducted an interview with MENDOZA. Prior to the interview, HSI SAs advised MENDOZA of his Miranda rights. MENDOZA stated that he understood his rights and voluntarily waived them both orally and in writing. During the interview, MENDOZA made the following paraphrased and non-verbatim statements: MENDOZA stated that he last entered the United States on September 29, 2025. He identified himself as the owner of Jem Textil Recycling and admitted that he was working in the United States without employment authorization. MENDOZA stated that ALEMAN was responsible for hiring employees for the company and acknowledged that he was aware some of his workers did not have authorization to work in the United States.

HSI SAs also conducted an interview with MARTINEZ, the sister of MENDOZA, on October 2, 2025. Prior to the interview, HSI SAs advised MARTINEZ of her Miranda rights. MARTINEZ stated that she understood her rights and voluntarily waived them both orally and in writing. During the interview, MARTINEZ made the following paraphrased and non-verbatim statements: MARTINEZ admitted that she was working in the United States without employment authorization. She stated that her brother, MENDOZA, is the owner of the warehouse, but she helps him with its operations. MARTINEZ stated that she was aware that ALEMAN pays the employees in cash. She further admitted that she knew some of the employees did not have authorization to work in the United States, which is why they were paid in cash. MARTINEZ stated that she was aware of approximately 20 to 30 employees who did not have authorization to work in the United States.

On the same day, HSI SAs conducted an interview with ALEMAN. Prior to the interview, HSI SAs advised ALEMAN of her Miranda rights. ALEMAN stated that she understood her rights and voluntarily waived them orally. During the interview, ALEMAN made the following paraphrased and non-verbatim statements: ALEMAN stated that both she and MENDOZA oversaw the hiring of employees. She admitted that she was aware some employees did not have authorization to work in the United States. ALEMAN stated that she did not request employment authorization documents from applicants. She further admitted that she paid employees in cash at the direction of MENDOZA.

During the execution of the search warrant, HSI McAllen identified over 10 unauthorized employees who were present at the business.